No. 04-02-00472-CV



IN RE Michael Irvin TUCKER, Pro Se



Original Proceeding


From the 186th Judicial District Court, Bexar County, Texas


Trial Court No. 2002-CR-3476 & 2002-CR-3992


Honorable Sam Katz, Judge Presiding



PER CURIAM


Sitting: Alma L. López, Justice

 Sarah B. Duncan, Justice

 Karen Angelini, Justice


Delivered and Filed: July 31, 2002


PETITION FOR WRIT OF MANDAMUS DENIED

 On July 3, 2002, relator filed a petition for writ of mandamus. This court has determined that
the relator is not entitled to the relief sought. Therefore, the petition is DENIED. Tex. R. App. P.
52.8(a). 

 PER CURIAM

Do Not Publish